UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF HOSPITALS AUXILLARY OF THE MEDICAL CENTER AT THE UNIVERSITY OF CALIFORNIA, SAN FRANCISCO,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL EXCEL MANAGEMENT, INC,<br><br>    Defendant. | Case No.  14-cv-04236-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *John Muir Health v. Global Excel Management, Inc.*, C-14-4226 DMR.

**IT IS SO ORDERED.**

Dated: November 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge