UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, | No. C-14-04226 DMR |
| Plaintiff(s), | **ORDER TAKING MOTION TO DISMISS [DOCKET NO. 9] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| GLOBAL EXCEL MANAGEMENT, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendant's motion to dismiss [Docket No. 9] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the November 13, 2014 hearing on the motion is hereby **VACATED**. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: November 10, 2014

_____
DONNA M. RYU
United States Magistrate Judge