UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT, INC,<br><br>Defendant. | Case No. 14-cv-04226-DMR   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: April 13, 2015<br>Mediator: Tim Carr |

IT IS HEREBY ORDERED that the request to excuse defendant Global Excel Management, Inc.'s representative from appearing in person at the April 13, 2015, mediation before Tim Carr is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: April 9, 2015

Maria-Elena James
United States Magistrate Judge