Cyndie M. Chang (SBN 227542)
Katherine L. Nichols (SBN 228893)
Audra L. Thompson (SBN 218479)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone:  (213) 689-7400
Facsimile:  (213) 689-7401
E-mail:   cmchang@duanemorris.com
          knichols@duanemorris.com
          athompson@duanemorris.com

Attorneys for GLOBAL EXCEL MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.: 4-14-cv-04226-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>Related to: Case No. 4:14-cv-04236-DMR<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

Plaintiff John Muir Health ("Plaintiff") and Defendant Global Excel Management, Inc. ("Defendant") (collectively referred to herein as the "Parties"), hereby stipulate through their respective counsel of record:

To expedite the flow of discovery materials, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect the information the parties are entitled or obligated to keep confidential, to ensure that only materials the parties are entitled or obligated to keep confidential are subject to such treatment, and to ensure that the parties are permitted reasonably necessary uses of such materials in preparation for and in the conduct of trial, pursuant to Fed. R. Civ. P. 26(c), the Parties respectfully request that the Court enter the Proposed Protective

Order submitted concurrently herewith.

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

Dated:  May 21, 2015                    STEPHENSON, ACQUISTO & COLMAN

                                        By:      /s/ Karlene J. Rogers-Aberman
                                            Karlene J. Rogers-Aberman
                                            Attorneys for Plaintiff
                                            REGENTS OF THE UNIVERSITY OF
                                            CALIFORNIA

Dated:  May 21, 2015                    DUANE MORRIS LLP

                                        By:      /s/ Katherine L. Nichols
                                            Katherine L. Nichols
                                            Attorneys for Defendant
                                            GLOBAL EXCEL MANAGEMENT,
                                            INC.