UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN MUIR HEALTH,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL EXCEL MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 4:14-cv-04226-DMR<br><br>**ORDER GRANTING JOINT PARTIES' REQUEST TO APPEAR BY TELEPHONE AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 41 |
|---|---|

The court is in receipt of the parties' May 20, 2015 joint updated case management statement and joint request to appear by telephone at the Further Case Management Conference [Docket No. 41]. The request is granted. The parties must follow the protocol set forth in the attached **Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.** Failure to comply with the procedures ordered herein may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
DONNA M. RYU
United States Magistrate Judge