# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public trust corporation, on behalf of the Hospitals Auxiliary of the Medical Center at the University of California, San Francisco, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.: 4-14-cv-04236-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>Related to: Case No. 4:14-cv-04226-DMR<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE (1) FURTHER CASE MANAGEMENT CONFERENCE FROM AUGUST 13, 2015 TO SEPTEMBER 9, 2015; AND (2) CONTINUE PRE-TRIAL DATES (AS MODIFIED) |

Having considered the Stipulation to Continue: (1) Further Case Management Conference from August 12, 2015 to September 9, 2015; and (2) Continue Pre-Trial Dates submitted by all counsel, and good cause having been shown:

IT IS HEREBY ORDERED THAT:

1. The further Case Management Conference currently scheduled for ~~May~~ August 12, 2015 at 1:30 p.m. is continued to September ~~9~~ 16, 2015 at 1:30 p.m. The last day to file the Updated Joint Case Management Conference Statement is continued from August 5, 2015 to September ~~2~~ 9, 2015.

2. The Case Management and Pretrial Order for Jury Trial dated February 27, 2015 is amended as follows:

    a. Non expert discovery shall be completed by October 20, 2015.

    b. Experts shall be disclosed and reports provided by October 20, 2015.

    c. Rebuttal experts shall be disclosed and reports provided by November 3, 2015.

    d. All discovery from experts shall be completed by November 17, 2015.

    e. The last day for hearing dispositive motions is December 17, 2015 at 11:00.

Dated: 7/29/2015

IT IS SO ORDERED AS MODIFIED

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE